HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK KINCHLER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KATHRYN SHEA,<br><br>　　　　　　Defendant. | No. 12-CV-5130-RBL<br><br>ORDER<br><br>(Dkt. #14) |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) The Clerk is directed to send copies of this Order to Plaintiff, Defense counsel, and the Honorable J. Richard Creatura.

Dated this 16th day of August 2012.

　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE